NUMBER 13-07-279-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________

 

MICHAEL GOODE, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the County Court


of Lavaca County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 Appellant, MICHAEL GOODE, attempted to perfect an appeal from a judgment
entered by the County Court of Lavaca County, Texas. Sentence in this cause was
imposed on March 27, 2007. No timely motion for new trial was filed. The notice
of appeal was due to be filed on April 26, 2007, but was not filed until April 27,
2007. Said notice of appeal is untimely filed. Appellant filed an untimely motion to
permit late filing of the notice of appeal on May 17, 2007.

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and motion requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's failure to timely
perfect his appeal, and appellant's untimely motion, is of the opinion that the appeal
should be dismissed for want of jurisdiction. Appellant's untimely motion to permit
late filing of notice of appeal is dismissed. The appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 7th day of June, 2007.